cc: Riverside Superior Court
CVRI2303514

JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DISTRICT

| | |
|---|---|
| CATALINA HLUZ LOPEZ, JORGE LOPEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CVS PHARMACY, INC., and DOES 1 to 100, INCLUSIVE,<br><br>Defendants. | Case No.: 5:23-CV-01604-RGK-SPx<br><br>Hon. Gary J. Klausner<br>[*Removal from Superior Court of California, Riverside, Case No.: CVRI 2303514*]<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO REMAND CASE TO STATE COURT  [36]**<br><br>TRIAL DATE: 06/11/24<br>ACTION FILED: 07/10/23 |

Having reviewed the above stipulation of the parties and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT** the "Notice of Removal of Civil Action" be withdrawn and that this cause be remanded to the Superior Court of the State of California, County of Riverside. The State court may proceed with this case.

**IT IS SO ORDERED.**

DATED: 4/10/2024

BY: _____
Honorable R. Gary Klausner
United States District Judge